IN THE UNITED STATES OF THE
DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT JAMES SWINT,
      Plaintiff,

Vs.

N.A.S.A.,
    Defendant,

United States Courts
Southern District of Texas
FILED

APR 20 2026

Nathan Ochsner, Clerk of Court

NEW COMPLAINT
CIVIL ACTION#
_____

Plaintiff

Robert James Swint, aka Bob Swint, Bobby, B, the great mimicker on Moniker I, Bobby Swint, B.O.B, Robert B., Swint

Defendant

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION

Jurisdiction

Apollo 18

FACTS AND FINDINGS

STARTING WITH THE MOVIE ARMAGEDDON THEY HAVE THAT MYSTERIOUS METEOROID SENT TO EARTH AND HAVE TO MANUALLY DISARM IT, "The Report on Earth of Earth by Earth" and theres your 3333°9th Central Catch√

CLAIM

"We have 18 days," and I would say no you had a Margin of error of 3, together were ONE apart were 3, MOE'S TAVERN

TAX DAY, AND JOB 4:21, from April 18th.
Hey thats my birthday, hey houston
this guy solved the problem, then
N.A.S.A. went to re-enact it,
    I AM SUING THERE "AGAIN"
        PROGRAM.

RELEIF(LIEF)

I, ROBERT JAMES SWINT, BORN APRIL
18th, 1988, on this day of 4-15,
Year 2026, suare true and
correct, everything laid out before
you today. I affirm, and
request 88 BILLION For the
Job, and thats beyond "a job
well done" or existense

Sincerly,
4-15-2026  RJSt          Robert James Swint

ROBERT JAMES SWINT #804
COLUMBIA COUNTY JAIL
901 PORT AVE.
ST. HELENS, OR
97051



PORTLAND OR RPDC 972
16 APR 2026 PM 3 L

USA ★ FOREVER

United States Courts
Southern District of Texas
FILED

APR 20 2026

Nathan Ochsner, Clerk of Court

US DISTRICT COURT
PO BOX 61010
HOUSTON TX
77208

77208-101010